AO 442 (Rev. 11/11) Arrest Warrant

F#11916568

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~SEALED~~

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 26-25 LMP/DLM |
| Don Renaldo Lemon (4) | ) | |
| Defendant | ) | |

RECEIVED
FEB 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Don Renaldo Lemon,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

LT SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date: 01/29/2026

*M. Fogarty*
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

ARRESTED ON 1/30/2026
ARRESTED BY HSI-CICA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*