UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-25(4) (LMP/DLM)

UNITED STATES OF AMERICA,

       Plaintiff,

                                **NOTICE OF APPEARANCE**

v.

DON RENALDO LEMON,

       Defendant.

      The undersigned attorney hereby notifies the Court and counsel that Joseph H. Thompson shall appear as counsel of record for defendant Don Renaldo Lemon in this case.

Dated: February 10, 2026                        /s/ *Joseph H. Thompson*
                                                    Joseph H. Thompson
                                                    THOMPSON JACOBS PLLC
                                                    Minnesota Bar No. 0343031

                                                   400 South Fourth Street
                                                   Suite 410
                                                   Minneapolis, Minnesota 55415
                                                   joe@thompsonjacobs.com
                                                   (612) 416-3322