# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Criminal No. 0:26-cr-00025-LMP-DLM

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | **UNDER SEAL** |
| ) | |
| v.   ) | **MOTION TO UNSEAL** |
| ) | |
| NEKIMA VALDEZ LEVY   ) | |
| ARMSTRONG, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

The United States of America, by and through its undersigned attorneys, hereby moves the Court for an order to unseal the Superseding Indictment in the above-referenced matter.

This motion is based upon the records and proceedings in this matter.

Dated: February 27, 2026

Respectfully Submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*s/ Orlando B. Sonza*
ORLANDO B. SONZA
Counsel
Civil Rights Division

DANIEL N. ROSEN
United States Attorney

FLAVIO DE ABREU
Special Assistant United States Attorney