# Exhibit A

 

## RE: Cities Church Matter -- Application for Authorization to Disclose SW Records

**From** Sonza, Orlando (CRT) < ██████████████████ >

**Date** Thu 4/16/2026 2:39 PM

**To** David Kolansky <dkolansky@lowellandassociates.com>; Keenan, Robert (CRT) < ██████████████ >; De Abreu, Flavio (USAMN) < ██████████████ >; McGee, Kelsey (CRT) < ██████████████ >; Frederick, Megan (CRT) < ██████████████ >; Gieseke, Greta (CRT) < ██████████████ >

**Cc** Abbe David Lowell < ██████████████ >; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>

David,

Thanks for the quick reply. So noted as to your objection.

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20579

██████████████



**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Thursday, April 16, 2026 2:00 PM
**To:** Sonza, Orlando (CRT) < ██████████████ >; Keenan, Robert (CRT) < ██████████████ >; De Abreu, Flavio (USAMN) < ██████████████ >; McGee, Kelsey (CRT) < ██████████████ >; Frederick, Megan (CRT) < ██████████████ >; Gieseke, Greta (CRT) < ██████████████ >
**Cc:** Abbe David Lowell < ██████████████ >; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>
**Subject:** [EXTERNAL] Re: Cities Church Matter -- Application for Authorization to Disclose SW Records

Orlando,

Thank you for the latest proposed P.O. We are fine as to the bulk, but standby and reiterate our objection to sub-paragraph 1(a), requiring redaction of all names/identities "of victims and witnesses" in any public filing. Rule 16(d), as you note, does permit the Court's ability to implement broader protections where circumstances warrant, but only where good cause has been demonstrated. Here, we do not believe the Government has identified good cause sufficient to redact names of all victims and witnesses in public court filings, and that would be inconsistent with the nature of a public proceeding. If there is a particular reason for a specific

person or identity to be redacted (e.g., no objection to redacting IDs of minor children), we believe the parties can confer and if no agreement, seek a decision from the court.

Thus, we propose letting the Court determine whether sub-paragraph 1(a) is warranted. Other than sub-paragraph 1(a), we do not object to the current proposal.

David



**David Kolansky |** Counsel

*Lowell & Associates, PLLC*

📞 202 964 6110

📱 ██████████

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

**From:** Sonza, Orlando (CRT) <████████████████████>
**Sent:** Thursday, April 16, 2026 12:45 PM
**To:** David Kolansky <dkolansky@lowellandassociates.com>; Abbe David Lowell <████████████████████>; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>
**Cc:** Keenan, Robert (CRT) <████████████████>; De Abreu, Flavio (USAMN) <████████████>; McGee, Kelsey (CRT) <████████████>; Gieseke, Greta (CRT) <████████████>; Frederick, Megan (CRT) <████████████████>
**Subject:** RE: Cities Church Matter -- Application for Authorization to Disclose SW Records

David and all,

As an update from my previous email, this attached latest proposed order is now unopposed by 33 of the 38 defendants. If you object, please let us know what specific provisions you object to, the basis for the objection, and any alternative you would like the court to consider. We will file our Motion for Protective Order no later than COB tomorrow.

Thanks,

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20579
████████████████



**From:** Sonza, Orlando (CRT)
**Sent:** Wednesday, April 15, 2026 4:50 PM
**To:** David Kolansky <dkolansky@lowellandassociates.com>
**Cc:** Abbe David Lowell < █████████████████████ >; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>; Keenan, Robert (CRT) < ██████████████ >; De Abreu, Flavio (USAMN) < █████████████ >; McGee, Kelsey (CRT) < █████████████ >; Gieseke, Greta (CRT) < █████████████ >; Frederick, Megan (CRT) < █████████ >
**Subject:** RE: Cities Church Matter -- Application for Authorization to Disclose SW Records

David,

Thanks. As you correctly point out, Rule 49.1 establishes baseline requirements for the *redaction* of certain personal identifiers. However, it does not limit the Court's authority under Rule 16(d) to impose broader protections through a protective order where circumstances warrant. Courts (including in DMN as informed by the USAO) have authorized the protection of witness identities in certain criminal cases to mitigate risks of harassment, intimidation, or retaliation. Given the nature of this case including the facts alleged, the number of participants, the public attention surrounding the events, and the potential for doxxing by others, the government believes the proposed provision is both reasonable and appropriate.

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20579

█████████████████



**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Wednesday, April 15, 2026 3:25 PM
**To:** Sonza, Orlando (CRT) < █████████████ >; Keenan, Robert (CRT) < █████████████ >; De Abreu, Flavio (USAMN) < █████████████ >; McGee, Kelsey (CRT) < █████████████ >; Gieseke, Greta (CRT) < █████████████ >
**Cc:** Abbe David Lowell < █████████████████ >; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>
**Subject:** [EXTERNAL] Re: Cities Church Matter -- Application for Authorization to Disclose SW Records

Orlando,

Thank you for the revised proposed Protective Order. We are willing to agree to the proposal as drafted, with one exception/gap to address - What is the Government's legal basis to qualify

the "Identit[ies] of victims and witnesses" as Protected Material in ¶1(a), other than minor children (which is explicitly carved out in ¶1(c))?  We do not believe there is good cause for a blanket provision requiring the redaction of all names/identities "of victims and witnesses" in public filings, which reaches far beyond the requirements and spirit of Fed. R. Crim. P. 49.1.  Of course, we will agree to protect the names/identities of minors and the PII specified in 1(b), but as stated, those are explicit carve outs under ¶1(b) and (c).

Accordingly, we propose striking sub-paragraph 1(a) while leaving the remainder as is.  Please let us know if you have any questions.

We will wait to hear from you on the other outstanding issue on the phone and filter review.

David

**David Kolansky | Counsel**

*Lowell & Associates, PLLC*

📞 202 964 6110

📱 ▮▮▮▮▮▮▮

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

**From:** Sonza, Orlando (CRT) <▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Wednesday, April 15, 2026 8:25 AM
**To:** David Kolansky <dkolansky@lowellandassociates.com>
**Cc:** Abbe David Lowell <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>; Keenan, Robert (CRT) <▮▮▮▮▮▮▮▮▮▮▮>; De Abreu, Flavio (USAMN) <▮▮▮▮▮▮▮▮▮>; McGee, Kelsey (CRT) <▮▮▮▮▮▮▮▮▮▮>; Gieseke, Greta (CRT) <▮▮▮▮▮▮▮▮▮>
**Subject:** Re: Cities Church Matter -- Application for Authorization to Disclose SW Records

David and all,

Concerning the protective order, the government continues to go back and forth with counsel authorized to represent 33 of the other defendants. Please see attached revised proposed order for consideration. I believe it incorporates most of your edits.

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20579

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Thursday, April 9, 2026 4:09:27 PM
**To:** Sonza, Orlando (CRT) <                              >; Keenan, Robert (CRT) <                              >; De Abreu, Flavio (USAMN) <                              >; McGee, Kelsey (CRT) <                              >; Gieseke, Greta (CRT) <                              >
**Cc:** Abbe David Lowell <                              >; Joe Thompson <joe@thompsonjacobs.com>; Bella Oishi <ioishi@lowellandassociates.com>
**Subject:** [EXTERNAL] Re: Cities Church Matter -- Application for Authorization to Disclose SW Records

Orlando and Robert,

In follow-up to yesterday's discussion, please find attached a mark-up of the government's proposed Protective Order, which we believe fully protects the identities and interests you all are seeking to protect, while still complying with the law and not sealing discovery more than necessary.  We also included edits to fill in gaps that seemed to exist as to terms (e.g., no need for an undefined "privileged" category).  Happy to confer with you all further as needed.

Second, as to the CDA, yesterday we indicated our objection to this proposal.  However the government resolves the CDA issue as between the CJA and any other defense counsel, defense counsel for Mr. Lemon still expect government discovery to be delivered to us directly on April 24, consistent with the Court's Order in this case.  Please let us know if you will need a hard drive in advance of production (and the size, if so).



Thank you.

David



**David Kolansky | ** Counsel

*Lowell & Associates, PLLC*

📞 202 964 6110

📱 ▉▉▉▉▉▉

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or*

*forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

**From:** Sonza, Orlando (CRT) < ████████████████ >
**Sent:** Wednesday, April 8, 2026 5:48 PM
**To:** David Kolansky <dkolansky@lowellandassociates.com>; Abbe David Lowell < ██████████████████ >; Bella Oishi <ioishi@lowellandassociates.com>; Joe Thompson <joe@thompsonjacobs.com>
**Cc:** Keenan, Robert (CRT) < ██████████████ >; De Abreu, Flavio (USAMN) < ███████████████ >; Gieseke, Greta (CRT) < ████████████████ >; McGee, Kelsey (CRT) < ████████████████ >
**Subject:** Re: Cities Church Matter -- Application for Authorization to Disclose SW Records

Thanks, David.

**Orlando Sonza**
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20579

████████████████████

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Wednesday, April 8, 2026 5:18:18 PM
**To:** Sonza, Orlando (CRT) < ██████████████ >; Abbe David Lowell < ████████████████ >; Bella Oishi <ioishi@lowellandassociates.com>; Joe Thompson <joe@thompsonjacobs.com>
**Cc:** Keenan, Robert (CRT) < ██████████████ >; De Abreu, Flavio (USAMN) < ███████████████ >; Gieseke, Greta (CRT) < ████████████████ >; McGee, Kelsey (CRT) < ████████████████ >
**Subject:** [EXTERNAL] Re: Cities Church Matter -- Application for Authorization to Disclose SW Records

Thanks, Orlando. We had taken the Court's May 11 deadline into account already in proposing the May 22 opening motions deadline we discussed yesterday.

We will revert with a mark-up of the proposed P.O.

David



**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ████████████

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

**From:** Sonza, Orlando (CRT) < ██████████████ >
**Sent:** Wednesday, April 8, 2026 4:09 PM
**To:** Abbe David Lowell < ████████████████ >; David Kolansky

<dkolansky@lowellandassociates.com>; Bella Oishi <ioishi@lowellandassociates.com>; Joe Thompson <joe@thompsonjacobs.com>
**Cc:** Keenan, Robert (CRT) ███████████████>; De Abreu, Flavio (USAMN) <███████████████>; Gieseke, Greta (CRT) <███████████████>; McGee, Kelsey (CRT) <███████████████>
**Subject:** RE: Cities Church Matter -- Application for Authorization to Disclose SW Records

Abbe,

Two items:

1. See revised proposed protective order which clarifies the definition of "protected materials."
2. Other defense counsel has correctly pointed out that the Court in Dkt. 411 (attached) moved the meet and confer deadline for pretrial scheduling from this Friday, April 10, to Monday, May 11. Counsel indicated they would like to meet and confer on pretrial dates after discovery is produced. Let us know if this changes your proposed dates discussed during our meeting yesterday. We will do our best to take into consideration all defense counsel's proposals by the May 11 deadline.

Thanks,

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20579

███████████████



---

**From:** Sonza, Orlando (CRT)
**Sent:** Tuesday, April 7, 2026 3:35 PM
**To:** Abbe David Lowell <███████████████>; David Kolansky <dkolansky@lowellandassociates.com>; Bella Oishi <ioishi@lowellandassociates.com>; Joe Thompson <joe@thompsonjacobs.com>
**Cc:** Keenan, Robert (CRT) <███████████████>; De Abreu, Flavio (USAMN) <███████████████>; Gieseke, Greta (CRT) <███████████████>
**Subject:** RE: Cities Church Matter -- Application for Authorization to Disclose SW Records

Abbe and all,

As requested, attached is a Word version of the protective order if you would like to submit a redlined copy for our consideration. The discovery will include sensitive information of over 100 witnesses (including children), such as documents and medical records containing personal identifiable information. It is our position that the unrestricted dissemination of this information could adversely affect current law-enforcement interests and the privacy interests of witnesses, some of whom have been subject to continued harassment/doxxing since the Jan 18 incident.

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20579



---

**From:** Sonza, Orlando (CRT)
**Sent:** Tuesday, March 31, 2026 3:13 PM
**To:** Abbe David Lowell < ███████████████████ >
**Cc:** Joe Thompson <joe@thompsonjacobs.com>; De Abreu, Flavio (USAMN) < ████████████████ >; Bella Oishi <ioishi@lowellandassociates.com>; Keenan, Robert (CRT) < ███████████████ >; David Kolansky <dkolansky@lowellandassociates.com>
**Subject:** RE: Cities Church Matter -- Application for Authorization to Disclose SW Records

Abbe,

Received. We're open to further discussion on the matter. How does 2pm (ET) this Thursday 4/2 sound?

On the call, we would also like to confer with you regarding two items. ████████████
████████████████████████████████████████████████████████



Second, in advance of our discovery production, the government will be moving for a protective order. The discovery materials will contain sensitive information, including personal identifying information of witnesses, including minors. Attached is a proposed order.

Let us know if Thursday works for you all.

Orlando

**Orlando Sonza**
Counsel to the Assistant Attorney General
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW