UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 LMP/DLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.                        **NOTICE OF SUBSTITUTION**

LEVY-ARMSTRONG ET. AL.,

       Defendants.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Abraham Kaplan

<u>Remove AUSA</u>

Flavio DeAbreu

Kristian Weir

Dated: July 14, 2026

                                 Respectfully submitted,

                                 DANIEL N. ROSEN
                                 United States Attorney

                                 <u>*s/Abraham S. Kaplan*</u>
BY:   ABRAHAM S. KAPLAN
       Assistant U.S. Attorney
       600 U.S. Courthouse
       300 S. 4th Street
       Minneapolis, MN 55415
       Attorney reg: 399507
       abraham.kaplan@usdoj.gov
       612-664-5600