UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>    v.<br><br>[4] Don Renaldo Lemon, and<br><br>[8] Georgia Ellyse Fort,<br><br>        Defendants. | Case No. 0:26-cr-00025 |

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 45 NEWS AND MEDIA ORGANIZATIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS SUPERSEDING INDICTMENT UNDER THE FIRST AMENDMENT**

The Reporters Committee for Freedom of the Press (the "Reporters Committee"), along with 45 media organizations (collectively, "amici"), respectfully move for leave to file the accompanying amicus curiae brief in support of the motions to dismiss the superseding indictment under the First Amendment filed by Defendants Don Renaldo Lemon and Georgia Ellyse Fort ("Defendants"). ECF No. 592; ECF No. 609. Counsel for the Defendants have consented to the filing of an amicus brief. Counsel for the Government takes no position.

"Whether to allow amicus curiae to file a brief regarding a pending motion is within the broad discretion of the district court." *AbbVie Inc. v. Hilgers*, No. 4:25CV3089, 2025 WL 1939101, at *1 (D. Neb. July 14, 2025). Accordingly, a district court may grant leave where the movant has a "unique perspective regarding the issues presented," *id*., or the court "deems the proffered information timely, useful, or otherwise." *Pavek v. Simon*, No. 19-CV-3000

1

(SRN/DTS), 2020 WL 1467008, at *2 (D. Minn. Mar. 26, 2020) (quoting *Larson v. Allina Health Sys.*, No. 17-cv-3835 (SRN/TNL), 2020 WL 583082, at *2 (D. Minn. Feb. 6, 2020)).

Lead amicus the Reporters Committee is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists. The Reporters Committee regularly files as amicus in cases involving issues relating to the ability of the press to gather and publish news. *See, e.g.*, Brief of the Reporters Committee for Freedom of the Press and 44 Media Organizations, *Los Angeles Press Club v. Noem*, No. 25-5975, 2026 WL 889142 (9th Cir. 2026); Brief of Reporters Committee for Freedom of the Press and 23 Media Organizations, *The New York Times Co., et al. v. Department of Defense, et al.*, No.1:25-cv-4218-PLF, ECF No. 17-1 (D.D.C. Jan. 15, 2026); Brief of Reporters Committee for Freedom of the Press, *The Associated Press v. Budowich*, No. 1:25-cv-0532, ECF No. 21 (D.D.C Feb. 24, 2025); Brief of the Reporters Committee for Freedom of the Press and 60 Media Organizations, *Index Newspapers, LLC v. U.S. Marshals Serv.* (9th Cir. Nov. 23, 2020) (No. 20-35739).

The Reporters Committee is joined by 45 news and media organizations, which together have an interest in providing additional context around newsgathering.[1] Amici have both a unique perspective on journalistic work in the field and a keen interest in ensuring that newsgathering at protests and demonstrations may continue to take place without the chilling effect of criminal charges. Amici believe that the information and arguments contained in the

---

[1]    The proposed amicus curiae brief includes complete corporate disclosures as well as an addendum containing statements of interest for each proposed amicus.

accompanying brief – which emphasizes that (1) a journalist covering a story lacks the specific intent necessary to be held criminally liable under 18 U.S.C. §§ 241 and 248, and (2) prosecuting journalists could lead to the targeting of routine acts of newsgathering, raising overbreadth and vagueness concerns – will provide an additional viewpoint regarding whether the superseding indictment should be dismissed as to Defendants under the First Amendment.

This motion is filed in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter.  This Motion is filed three business days after the docketing of Defendant Lemon's Motions to Dismiss and four business days after Defendant Fort's Motions to Dismiss, and before the Government's deadline for a response.

For the foregoing reasons, amici respectfully request leave to file the attached brief.  A proposed order granting the instant motion is attached.

Dated: August 12, 2026

Respectfully submitted,

/s/ Mark R. Anfinson
Mark Anfinson, MN Bar No. 2744
    *Counsel of Record for Amicus Curiae*
Uptown Professional Building
3109 Hennepin Avenue South
Minneapolis, MN  55408
Phone:  612-827-5611

Bruce D. Brown
Lisa Zycherman
Gabe Rottman
Marietta Catsambas
REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
bruce.brown@rcfp.org

*Counsel for Amicus Curiae*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I electronically filed the foregoing Unopposed Motion of the Reporters Committee for Freedom of the Press and 45 News and Media Organizations for Leave to File Amicus Curiae Brief with the Clerk of the U.S. District Court for the District of Minnesota by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

*/s/ Mark R. Anfinson*
Mark Anfinson, MN Bar No. 2744
  *Counsel of Record for Amicus Curiae*

Bruce D. Brown
Lisa Zycherman
Gabe Rottman
Marietta Catsambas
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
bruce.brown@rcfp.org

*Counsel for Amicus Curiae*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>  v.<br><br>[4] Don Renaldo Lemon, and<br><br>[8] Georgia Ellyse Fort,<br><br>  Defendants. | Case No. 0:26-cr-00025 |

## **[PROPOSED] ORDER**

Having considered the Unopposed Motion of the Reporters Committee for Freedom of the Press and 45 News and Media Organizations for Leave to File Amicus Curiae Brief, it is hereby **ORDERED** that the Motion is **GRANTED**, and the attached proposed amicus curiae brief shall be docketed.


Dated: _____     _____
                The Honorable Douglas Micko
                United States Magistrate Judge