UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

　　　Plaintiff,

　　　v.

[4] Don Renaldo Lemon, and

[8] Georgia Ellyse Fort,

　　　Defendants.

Case No. 0:26-cr-00025

## [PROPOSED] ORDER

Having considered the Unopposed Motion of the Reporters Committee for Freedom of the Press and 45 News and Media Organizations for Leave to File Amicus Curiae Brief, it is hereby **ORDERED** that the Motion is **GRANTED**, and the attached proposed amicus curiae brief shall be docketed.

Dated: _____

_____
The Honorable Douglas Micko
United States Magistrate Judge

5