**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

No. 26-cr-25 (LMP/DLM)

Plaintiff,

**ORDER**

v.

Don Renaldo Lemon (4), and
Georgia Ellyse Fort (8),

Defendants.

Upon consideration of the Unopposed Motion of the Reporters Committee for Freedom of the Press and 45 News and Media Organizations for Leave to File Amicus Curiae Brief (Doc. 623), the Court **GRANTS** the motion. The proposed amicus curiae brief (Doc. 623-1) shall be filed on the docket.

DATED: August 14, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge

1