UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Nekima Levy Armstrong et al.,

Defendants.

**DEFENDANTS' AMENDED JOINT STATUS UPDATE IN ADVANCE OF NOVEMBER 9 MOTIONS HEARING**

Case No. 26 CR 25 (LMP/DLM)

Defendants Don Renaldo Lemon (4), Jerome Deangelo Richardson (5), Georgia Ellyse Fort (8), Michael Beute (12), Shane Bollman (14), and Ariel Hauptman (21), through undersigned counsel, submit the following amended status update regarding the pretrial motions hearing on November 9 in accordance with the Court's order on October 28. Dkt. #932. This supplants the joint status update filed earlier today. Dkt. #940.

Below is the defendants' proposal with respect to the order of presentment and time allotted within each argument block.

| Motion Title and Docket Numbers | Time Slot | Evidentiary or Not Evidentiary | Proposed Argument order and Time Allotment |
|---|---|---|---|
| Motion to Dismiss for Failure to State Offense (Dkt. ##593, 706, 721)[1] | 9:00 a.m. – 10:30 a.m. | Not Evidentiary | 1. Georgia Fort (10 minutes)<br>2. Michael Beute (10 minutes)<br>3. Shane Bollman (10 minutes) |

[1] Defendant Lemon filed a motion to dismiss the superseding indictment for violating the First Amendment and failing to state an offense. Dkt. #609. The Court has currently allowed Lemon two time slots to argue this motion: (1) 10 minutes during the 9:00 a.m. slot devoted to the defendants' various motions to dismiss for failure to state an offense; and (2) 15 minutes during the 1:00 p.m. slot devoted to motions to dismiss based on the First Amendment. Lemon would like to combine the arguments into the 1:00 p.m. slot and would ask that the Court allow him 20 minutes to address his motion during the 1:00 slot.

| | | | |
|---|---|---|---|
| Motion to Dismiss Based on the Commerce Clause (Dkt. ##610, 650, 687, 706) | 10:45 a.m. – 12:30 p.m. | Not Evidentiary | 1. Don Lemon (15 minutes)<br>2. Jerome Richardson (10 minutes)<br>3. Joint Submission (20 minutes)<br>4. Shane Bollman (5 minutes) |
| Motion to Dismiss Based on First Amendment (Dkt. ##592, 609) | 1:00–2:00 p.m. | Not Evidentiary | 1. Georgia Fort (15 minutes)<br>2. Don Lemon (20 minutes) |
| Motion to Dismiss for Vindictive Prosecution (Dkt. ##594, 611) | 2:00-2:45 p.m. | Not Evidentiary | 1. Don Lemon (10 minutes)<br>2. Georgia Fort (10 minutes) |
| Motions to Suppress & Application of Motions to Dismiss (Jerome Richardson Dkt. ##647, 648, 822)[2] | 3:00-3:30 p.m. | Not Evidentiary | Jerome Richardson (15 minutes) |
| Motion to Suppress Search of Don Lemon's iPhone (Dkt. #554) | 3:30-3:50 p.m. | Not Evidentiary | Don Lemon (10 minutes) |
| Motion to Suppress (Jarmel Perry Dkt. #678) | 3:50-4:05 p.m. | Not Evidentiary | Jarmel Perry (5 minutes) |
| Motion to suppress (Shane Bollman Dkt. #713) | 4:15-5:00 p.m. | Evidentiary | Shane Bollman |

[2] Defendant Richardson respectfully requests that the time set aside for hearing on his motions to suppress and the application of the motions to dismiss be moved to 3:00 p.m., before argument on Lemon's and Perry's motions to suppress. Dkt. ##554, 678). Each affected time block will retain its allotted length, and no other part of the schedule would change. Lemon, Perry, and the government have consented to this request.

The Court has also set aside 20 minutes from 3:00 to 3:20 to hear argument on defendant Lemon's motion to dismiss based on 19 USC 1509 Summons. Defendant Lemon is no longer requesting argument on that motion and will submit the motion on the papers.

Dated: November 4, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don R. Lemon*

/s/ *Barry H. Berke*
Barry H. Berke
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-3860
bberke@gibsondunn.com

Mike Norton (MN #0403098)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5736

Poonam G. Kumar (admitted *pro hac vice*)
Shaun A. Mathur (admitted *pro hac vice*)
Katie Townsend (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Zakiyyah Salim-Williams (admitted pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, DC 20036

*Counsel for Jerome Deangelo Richardson*

*/s/ Matthew S. Ebert*
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
BALLARD SPAHR
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Kevin C. Riach
THE LAW FIRM OF KEVIN C. RIACH, PLLC
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*

*/s/ William R. Dooling*
William J. Mauzy
William R. Dooling
Mauzy Law Office, P.A.
650 Third Avenue South
Suite 260
Minneapolis, MN 55402
612-340-9108
Fax: 612-340-1628
wdooling@mauzylawfirm.com

*Counsel for Michael Walker Beute*

/s/ *Andrew M. Irlbeck*
Andrew M. Irlbeck
Andrew Irlbeck, Lawyer, Chartered
332 Minnesota St.
Ste W1610
St. Paul, MN 55101
612-986-3895
andrew@irlbecklaw.com

*Counsel for Shane Ryan Bollman*

/s/ *Caitlinrose H. Fisher*
Caitlinrose H. Fisher
Forsgren Fisher
Capella Tower
225 S. 6th St.
Ste 1500
Minneapolis, MN 55402
612-387-9705
cfisher@forsgrenfisher.com

*Counsel for Ariel Hauptman*